UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 2018-24833
**OFRA ATIAS**

                                                                        Chapter 13

_____Debtor(s)._____/

## DEBTORS EXPARTE MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS

Comes Now the Debtor, OFRA ATIAS, by and through her undersigned Counsel respectfully requests that the Court enter an Order allowing her an extension of time to file the following:

Chapter 13 plan

1. The Debtor attempted to compile the necessary information to complete the information but could not do so before December 13, 2018.

2. The Debtor has otherwise completed the requirements of the Court and desires to avoid the dismissal.

3. Therefore the Debtor requests an extension of time to file the above schedules and documents until December 27, 2018.

Respectfully submitted on this the 13th day of December 2018.

                                                            Paul N. Contessa & Assoc. LLC.
                                                            15321 South Dixie Highway #207
                                                            Miami, Florida 33157
                                                            (305) 251-6221


                                                            By___Filed ECF_____
                                                            Paul N. Contessa, Esq.

I hereby certify that a true and correct copy of the foregoing has been sent electronically or by U.S. mail to the Trustee and the U.S. Trustee on this the 13th day of December 2018.

/s/ Paul N. Contessa, Esq.
Paul N. Contessa, Esq.