**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

Chapter 13
Case No.: 18-24833-RAM

**OFRA ATIAS**,

Debtor.

_____/

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("BSI Financial Services" or "Secured Creditor") objects to confirmation of the Debtor's proposed Chapter 13 Plan and states:

1.      On November 19, 2018, the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.      On December 22, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 15] (the "Plan").

3.      On December 27, 2018, the Court issued the Notice of Chapter 13 Case [D.E. 18] (the "Notice of Commencement").

4.      Pursuant to the Notice of Commencement, the deadline for all creditors to file a proof of claim is March 7, 2019.

5.      Secured Creditor anticipates timely filing a secured proof of claim.

6.      Secured Creditor holds a secured claim by virtue of that certain Final Judgment of Mortgage Foreclosure, entered against debtor Ofra Atias (the "Debtor") and in favor of Secured Creditor in the amount of $711,671.43, recorded on November 5, 2018 as CFN 20180672345 in Book 31207, Page 392, of the Public Records of Miami-Dade County, Florida (the "Final Judgment"), as to the real property located at *3254 N.W. 103rd Court, Doral, FL 33178* (the "Property").  A true and correct copy of the Final Judgment is attached hereto as **Exhibit "A"**.

7.      The Debtor's Plan reflects Secured Creditor's lien interest in the Property as $711,671.43 and denotes an intention to value the Property at $303,000.00 at 0.00%, however, the fails to provide for any adequate protection payment to Secured Creditor.   Secured Creditor objects to the proposed valuation and to the proposed interest rate of  0.00%.

8.      To date, the Debtor has not filed a Motion for Value the Property and Secured Creditor asserts that the Debtor cannot modify the subject loan documents solely through plan treatment.

9.      Secured Creditor has obtained a Broker's Price Opinion (the "BPO") of the Property which denotes that the Property has an estimated value of between $350,000.00 and $360,000.00.  A true and correct copy of the BPO is attached hereto as **Exhibit "B"**.

10.      Secured Creditor objects to confirmation of the proposed Plan and objects to confirmation of any plan which proposes to pay it anything less than the total amount of the Final Judgment $711,671.43, plus interest at the prevailing legal rate of interest pursuant to Section 55.03 of Florida Statutes along with any additional attorney fees and costs associated with protecting its rights and interests in the Property.

11.      Secured Creditor reserves the right to supplement or amend this Objection to Confirmation, if necessary.

*Case No.: 18-24833-RAM*

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 plan, and for any such other relief that the Court deems just and proper.

**Dated this 10$^{\underline{th}}$ day of January, 2019.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd., Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.
        Florida Bar No. 083794
        cberger@ghidottiberger.com

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)</u>

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>January 10, 2019</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Ofra Atias**
5775 Collins Avenue, Unit 701
Miami Beach, FL 33140

*Debtor's Counsel*
**Paul N. Contessa, Esq.**
15321 S. Dixie Highway, #207
Miami, FL 33157

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

By:___/s/ Chase A. Berger_____
Chase A. Berger, Esq.

CFN: 20180672345 BOOK 31207 PAGE 392
DATE:11/05/2018  09:03:50 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2017-028920-CA-01

HMC ASSETS, LLC SOLELY IN ITS CAPACITY
AS SEPARATE TRUSTEE OF COMMUNITY
DEVELOPMENT FUND II TRUST,

        Plaintiff,

vs.

OFRA ATIAS; UNKNOWN SPOUSE OF OFRA ATIAS,
MILAN BY LENNAR HOMEOWNERS ASSOCIATION,
INC. F/K/A MILAN AT DORAL HOMEOWNERS
ASSOCIATION, INC.; UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY -  INTERNAL
REVENUE SERVICE; ALL UNKNOWN PARTIES
CLAIMING BY, THROUGH, UNDER, OR AGAINST
HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR ALIVE,
WHETHER SAID UNKNOWN PARTIES MAY CLAIM
AN INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS; UNKNOWN
TENANT #1; UNKNOWN TENANT #2 whose name is
fictitious to account for parties in possession,

        Defendants.
_____/

## FINAL JUDGMENT OF MORTGAGE FORECLOSURE

    **THIS ACTION** came before the Court at the hearing on October 31, 2018 on Plaintiff's Motion for Summary Judgment of Foreclosure and Assignment of Rents.

    On the evidence presented, **IT IS ORDERED AND ADJUDGED** that:

    Final Judgment of Mortgage Foreclosure is **GRANTED** in favor of Plaintiff, **HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST,** c/o Servis One, Inc. d/b/a BSI Financial Services, 314 S. Franklin Street, Titusville, PA 16354, and against Defendants, **OFRA ATIAS; UNKNOWN SPOUSE OF OFRA ATIAS; MILAN BY LENNAR HOMEOWNERS**

Final Judgment of Mortgage Foreclosure
Case Number: 2017-028920-CA-01
Page 1 of 7

## EXHIBIT "A"

CFN: 20180672345 BOOK 31207 PAGE 393

ASSOCIATION, INC. F/K/A MILAN AT DORAL HOMEOWNERS ASSOCIATION, INC.;
UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY – INTERNAL
REVENUE SERVICE; ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER,
OR AGAINST THE HEREIN INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN
TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS;
UNKNOWN TENANT #1 N/K/A ANDREINA TORRES; and, UNKNOWN TENANT #2
N/K/A JOHN DOE

*Defendant Lennar Milan by Lennar Homeowners Association, Inc failed to appear at hearing.* — *JM*

1.  **Amounts Due.**  There is due and owing to the Plaintiff the following:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $416,667.40 |
| Interest on the note and mortgage from 1/1/2013 – 10/31/2018 | $151,579.92 |
| *Interest at adjusted/varying rates per the Adjustable Rate Note / Per diem: $52.0834* | |
| Escrow advances/impound required for homeowners insurance | $ 54,925.15 |
| Escrow advances/impound required for county taxes | $ 68,121.80 |

**Attorney's Fees:**

| | |
|---|---|
| Finding as to reasonable number of hours 13.70 hours | $ 8,745.50 |
| Finding as to reasonable hourly rate: $215.00 per hour | |
| Total hourly fees: $2,945.50 Other: *Flat fee/agreed upon rate of $2,800.00 for the regular foreclosure work through judgment; Flat fee/agreed upon rate for extra count in Complaint (1 @ 250.00); Flat fee/agreed/upon rate for each Motion, Reply, Request (8 @ $250.00 each); Flat fee/agreed upon rate for each hearing (3 @ $250.00); Total flat fees at agreed upon rates: $5,800.00 | |
| Fee for prior foreclosure case referral | $ 840.00 |

**Court Costs Now Taxed:**

| | |
|---|---|
| Clerk of Court/Filing fee for Complaint (including portal charge) | $ 1,992.50 |
| Clerk of Court/Filing fee for Summonses (including portal charge) | $ 70.00 |
| Service of Process [ABC Legal] | $ 815.00 |
| Publication of Notice of Action [ALM Media, LLC/DBR] | $ 245.00 |
| Clerk of Court/Sale fees | $ 140.00 |
| **SUBTOTAL** | **$704,142.27** |

Final Judgment of Mortgage Foreclosure
Case Number: 2017-028920-CA-01
Page 2 of 7

CFN: 20180672345 BOOK 31207 PAGE 394

**Additional:**

| | | |
|---|---|---|
| Title search/report (First American) | $ | 290.00 |
| Title report update (First American) | $ | 75.00 |
| Pre-accelleration late fees | $ | 7,164.16 |
| **SUBTOTAL** | | **$711,671.43** |
| Less: Escrow balance | $ | 0.00 |
| Less: Other | $ | |
| **GRAND TOTAL:** | | **$711,671.43** |

**\* (The requested attorney's fees is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.)**

    **2. Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest pursuant to Section 55.03, Florida Statutes.

    **3. Lien on Property.** Plaintiff, **HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST,** whose address is c/o Servis One, Inc. d/b/a BSI Financial Services 314 S. Franklin Street, Titusville, PA 16354, holds a lien for the grand total sum specified in Paragraph 1 herein. The lien of the plaintiff is superior in dignity to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through, or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to Florida Statutes, Section 720.3085 or 718.116. The Plaintiff's lien encumbers the subject property located in Miami-Dade County, Florida and described as:

**LOT 1, BLOCK 24, BEACON AT DORAL, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 164, PAGE 63, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

**PROPERTY ADDRESS: 3254 NW 103 COURT, DORAL, FL 33178**

**FOLIO: 35-3029-114-1630**

Final Judgment of Mortgage Foreclosure
Case Number: 2017-028920-CA-01
Page 3 of 7

CFN: 20180672345 BOOK 31207 PAGE 395

**4.     Sale of property.** If the grand total amount set forth in Paragraph 1 herein with interest at the rate set forth in Paragraph 2 herein and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on the ___5ᵗʰ___ day of ___December___, 201_8_ at 9:00 a.m. EST by online auction at www.miamidade.realforeclose.com to the highest bidder for cash,  except as prescribed in Paragraph 5, after having first given notice as required by Section 45.031, Florida Statutes.

**5.     Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

**6.     Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

**7.     Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any.  Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property.

**8.     Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, but not limited to, orders authorizing supplemental proceedings to eliminate any interest omitted from this action, to cure any title defects, orders arising out of re-foreclosure, orders permitting a supplemental complaint, orders involving the reformation of the mortgage instrument or deed, orders authorizing writs of possession and an award of attorney's fees, and to enforce the adequate protection ordered, if applicable. The Court further retains jurisdiction in this matter to address any issues of entitlement, rights, or obligations under Chapters 718 or 720, Florida Statutes, of the parties to this action, their successors or assigns.

**9.     Enforcement of Assignment of Rents.**  Plaintiff, its successor and assigns, is granted Judgment on the Assignment of Rents, and the Court hereby reserves

CFN: 20180672345 BOOK 31207 PAGE 396

jurisdiction to enforce this provision through the issuance of the Certificate of Title in this case.

    **10.**    **Other.**  Notwithstanding any post-Judgment interest that will be due after the date of this Judgment to the date of the sale, if there are objections to the sale filed or other matters that would delay disbursement of the sale proceeds past the eleventh day after the sale, Plaintiff shall be entitled to interest at the rate set forth in Paragraph 2 herein from this date to the actual date of issuance of the Certificate of Disbursements and Certificate of Title.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI, FLORIDA (TELEPHONE: (305) 375-5943, WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 N.W. FIRST AVENUE, SUITE 214, MIAMI, FLORIDA, (TELEPHONE: (305) 579-5733) TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO

CFN: 20180672345 BOOK 31207 PAGE 397

REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE DADE COUNTY BAR ASSOCIATION LEGAL AID SOCIETY, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

**DONE AND ORDERED** in Miami-Dade County, Florida on this the _____ 31 _____ day of October, 2018

CIRCUIT COURT JUDGE     **ORIGINAL**

**JUDGE DAVID C. MILLER**

Plaintiff's counsel is directed to serve a copy of this Final Judgment on all parties shown on the Service List made a part of this Final Judgment.

## SERVICE LIST

OFRA ATIAS
C/O ROBERT FLAVELL, ESQ.
ROBERT FLAVELL, P.A.
14400 NW 77 COURT, SUITE 202
MIAMI LAKES, FL. 33016
ESERVICE@RFPA.NET

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER_____ 12
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
     Judge's Initials _____

UNKNOWN SPOUSE OF OFRA ATIAS
3254 NW 103 COURT
DORAL, FL 33178

MILAN BY LENNAR HOMEOWNERS ASSOCIATION, INC.
F/K/A MILAN AT DORAL HOMEOWNERS ASSOCIATION, INC.
C/O HOLLY M. HAMILTON, ESQ.
LAW OFFICE OF CARLA JONES, P.A.
550 NE 124TH STREET
NORTH MIAMI, FL 33161
SERVICE@CJLAWOFFICES.COM
HOLLY@CJLAWOFFICES.COM

Final Judgment of Mortgage Foreclosure
Case Number: 2017-028920-CA-01
Page 6 of 7

CFN: 20180672345 BOOK 31207 PAGE 398

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY -INTERNAL
REVENUE SERVICE
C/O BENJAMIN G. GREENBERG, UNITED STATES ATTORNEY FOR THE
SOUTHERN
DISTRICT OF FLORIDA
99 NE 4TH STREET
MIAMI, FL 33132

UNKNOWN TENANT #1 N/K/A ANDREINA TORRES
3254 NW 103 COURT
DORAL, FL 33178

UNKNOWN TENANT #2 N/K/A JOHN DOE
3254 NW 103 COURT
DORAL, FL 33178

ASHLAND MEDLEY LAW, PLLC
2856 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL 33065
FLESERVICE@ASHLANDMEDLEYLAW.COM

Final Judgment of Mortgage Foreclosure
Case Number: 2017-028920-CA-01
Page 7 of 7



Standard BPO, Drive-By v2
### 3254 Nw 103 Ct, Miami, FL 33178

Please Note: This report was completed with the following assumptions: Market Approach: **Fair Market Price** , Marketing Time: **Typical** .
Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.

| Address | 3254 Nw 103 Ct, Miami, FL 33178 | Order ID | 6038698 | Property ID | 25866510 |
|---|---|---|---|---|---|
| Inspection Date | 01/05/2019 | Date of Report | 01/07/2019 | | |
| Loan Number | 1404682476 | APN | 35-3029-114-1630 | | |
| Borrower Name | Atlas | | | | |

### Tracking IDs

| Order Tracking ID | 1404682476 | Tracking ID 1 | 1404682476 |
|---|---|---|---|
| Tracking ID 2 | -- | Tracking ID 3 | -- |

## I. General Conditions

| Property Type | PUD |
|---|---|
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | $0 |
| HOA | Beacon at Doral, HOA/Milan |
| Association Fees | $380 / Month (Pool,Insurance,Greenbelt,Other: Street maintenance, lights, security.) |
| Visible From Street | Visible |

**Condition Comments**

The subject is a 2 story, townhouse style unit iof stucco/CBS construction, yellow in color , with tile roof and 1 stall attached garage parking. The property is in a well maintained gated community access to which was denied at the gate. However, many homes in the community are clearly visible from outside the gate and walls of the community, and these are well maintained and in apparent good condition. The subject is estimated to be similarly maintained and in similar condition.

## II. Subject Sales & Listing History

| Current Listing Status | Not Currently Listed |
|---|---|
| Listing Agency/Firm | |
| Listing Agent Name | |
| Listing Agent Phone | |
| # of Removed Listings in Previous 12 Months | 0 |
| # of Sales in Previous 12 Months | 0 |

**Listing History Comments**

There is no recent sales or listing history for the subject in MLS archives, except for a rental listing. PDF is attached.

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## III. Neighborhood & Market Data

| Location Type | Urban |
|---|---|
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $285,000 High: $517,000 |
| Market for this type of property | Decreased 4 % in the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

The subject's neighborhood is primarily comprised of condos, The area is a short commute from the business centers in the county. The maintenance and appearance of homes in the neighborhood is good, streets and public spaces are well maintained. \The subject and all comps selected are in an urban/suburban area, and as is typical in such locations, within relative proximity of arterial roads, schools and parks. No adjustments are deemed necessary.

### EXHIBIT "B"

## IV. Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| Street Address | 3254 Nw 103 Ct | 3054 Nw 103 Path # 0 | 5542 Nw 112th Ct # 5542 | 5484 Nw 112th Pl # 0 |
| City, State | Miami, FL | Miami, FL | Doral, FL | Doral, FL |
| Zip Code | 33178 | 33172 | 33178 | 33178 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 0.10 ¹ | 1.64 ¹ | 1.65 ¹ |
| Property Type | PUD | PUD | PUD | PUD |
| Original List Price $ | $ | $349,900 | $409,000 | $449,900 |
| List Price $ | -- | $349,900 | $399,000 | $429,900 |
| Original List Date | | 11/26/2018 | 06/13/2018 | 10/24/2018 |
| DOM · Cumulative DOM | -- · -- | 40 · 42 | 206 · 208 | 73 · 75 |
| Age (# of years) | 13 | 13 | 18 | 18 |
| Condition | Average | Average | Average | Good |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Style/Design | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 2,180 | 1,838 | 2,226 | 2,276 |
| Bdrm · Bths · ½ Bths | 4 · 3 | 3 · 2 · 1 | 3 · 2 · 1 | 3 · 2 · 1 |
| Total Room # | 6 | 6 | 6 | 6 |
| Garage (Style/Stalls) | Attached 1 Car | Attached 1 Car | Attached 1 Car | Attached 1 Car |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | -- | -- | -- | -- |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.03 acres | 0.03 acres | 0.05 acres | 0.05 acres |
| Other | -- | -- | -- | -- |

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** L1. MLS ID: A10575297. Adjustments: BR: $8000 BA: $10000 HBA: $-5000 GLA SF: $10358 Compared to the subject, this comp s bedroom count is smaller, bathroom count is smaller, half bath count is larger, room count is smaller, GLA size is smaller, Lot size is equal, . . Subd/HOA Info: Beacon At Doral. Tel. Maint Fee: $0 Transaction type: REO. Occupancy: Vacant.

**Listing 2** L2. MLS ID: A10485281. Adjustments: Age $-1000 BR: $8000 BA: $10000 HBA: $-5000 GLA SF: $-1393 Garage Type: $-5000 Compared to the subject, this comp s bedroom count is smaller, bathroom count is smaller, half bath count is larger, room count is smaller, GLA size is equal, Lot size is larger, . . Subd/HOA Info: Doral Southeast Patio-Hom. Tel. Maint Fee: $250 Transaction type: Fair Market. Occupancy: Owner occup..

**Listing 3** L3. MLS ID: A10560243. Adjustments: Age $-1000 Condition $-30000 BR: $8000 BA: $10000 HBA: $-5000 GLA SF: $-2908 Garage Type: $-5000 Compared to the subject, this comp s bedroom count is smaller, bathroom count is smaller, half bath count is larger, room count is smaller, GLA size is larger, Lot size is larger, . . Subd/HOA Info: Doral Southeast Patio-Hom. Tel. Maint Fee: $225 Transaction type: Fair Market. Occupancy: Owner occup..

**\*** Listing 3 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

### V. Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| Street Address | 3254 Nw 103 Ct | 11268 Nw 54th Ter # 11268 | 5450 Nw 113th Ct # 5450 | 10280 Nw 30th Ter # 0 |
| City, State | Miami, FL | Doral, FL | Doral, FL | Doral, FL |
| Zip Code | 33178 | 33178 | 33178 | 33172 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 1.64 ¹ | 1.71 ¹ | 0.10 ¹ |
| Property Type | PUD | PUD | PUD | PUD |
| Original List Price $ | -- | $399,000 | $365,000 | $379,900 |
| List Price $ | -- | $385,000 | $360,000 | $340,000 |
| Sale Price $ | -- | $385,000 | $360,000 | $340,000 |
| Type of Financing | -- | Cash | Cash | Fha |
| Date of Sale | -- | 9/7/2018 | 10/10/2018 | 7/20/2018 |
| DOM · Cumulative DOM | -- · -- | 134 · 134 | 48 · 48 | 239 · 239 |
| Age (# of years) | 13 | 18 | 17 | 13 |
| Condition | Average | Average | Average | Good |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Style/Design | 2 Stories Townhouse | 2 Stories Townhouse | 1 Story Townhouse | 2 Stories Townhouse |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 2,180 | 2,226 | 2,276 | 2,026 |
| Bdrm · Bths · ½ Bths | 4 · 3 | 3 · 2 · 1 | 3 · 2 | 4 · 2 · 1 |
| Total Room # | 6 | 6 | 6 | 7 |
| Garage (Style/Stalls) | Attached 1 Car | None | None | None |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | % | -- | -- | -- |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.03 acres | 0.05 acres | 0.05 acres | 0.03 acres |
| Other | -- | -- | -- | -- |
| Net Adjustment | -- | +$5,606 | +$10,092 | -$20,336 |
| Adjusted Price | -- | $390,606 | $370,092 | $319,664 |

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  S1. MLS ID: A10455858. Adjustments: Age $-1000 BR: $8000 BA: $10000 HBA: $-5000 GLA SF: $-1393 Garage Type: $-5000 Compared to the subject, this comp s bedroom count is smaller, bathroom count is smaller, half bath count is larger, room count is smaller, GLA size is equal, Lot size is larger, . . Subd/HOA Info: DORAL SOUTHEAST PATIO-HOM. Tel. Maint Fee: $0 Transaction type: Fair Market. Occupancy: Owner occup..

**Sold 2**  S2. MLS ID: A10526048. Adjustments: BR: $8000 BA: $10000 GLA SF: $-2908 Garage Type: $-5000 Compared to the subject, this comp s bedroom count is smaller, bathroom count is smaller, half bath count is equal, room count is smaller, GLA size is larger, Lot size is larger, . . Subd/HOA Info: Doral Southeast Patio-Hom. Tel. Maint Fee: $225 Transaction type: REO. Occupancy: Vacant.

**Sold 3**  S3. MLS ID: A10377309. Adjustments: Condition $-30000 BA: $10000 HBA: $-5000 GLA SF: $4664 Compared to the subject, this comp s bedroom count is equal, bathroom count is smaller, half bath count is larger, room count is equal, GLA size is smaller, Lot size is equal, . . Subd/HOA Info: BEACON AT DORAL. Tel. Maint Fee: $292 Transaction type: REO. Occupancy: Vacant.

* Sold 3 is the most comparable sale to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

## VI. Marketing Strategy

|  | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $360,000 | $360,000 |
| **Sales Price** | $350,000 | $350,000 |
| **30 Day Price** | $340,000 | -- |

**Comments Regarding Pricing Strategy**

There remains a large and growing inventory of new construction units in the subject's market. 178 properties in the subdivision are assessed from $0 to $593100 median being $285000. Sizes range from 0 SF to 2180 SF, average at 1914 SF. 47 listings were reviewed; listed from $255000 to $735000 at median of $429740. 64 recent sales reviewed; they transacted from $240000 to $517000 median at $350452 average sale transacted at 95.2% of original listing. Among all comps 8 are REOs and 5 are short sales. Fair Market pricing and normal marketing times are sought in this report. , The subject and all comps selected are in an urban/suburban neighborhood and relatively proximate to arterial roads. Ingress/egress or other issues were not identified and no adjustments are deemed necessary for this location characteristic.In the absence of evidence that the subject has been updated, upgraded or renovated, properties reporting such improvements have been adjusted for their superior condition or excluded from consideration from this report. Of 111 listings and sales downloaded 37 (33%) suggest improvements from MLS remarks. Data was retrieved from a search expanded to a 1 mile radius and 12 months. The tax and recent sales history of all properties in the subdivision and all listings and sales in that area were downloaded for analysis. Prospective comps were analyzed first for proximity to the subject, then for recency of transaction and subsequently for similarity in features. If bracketing could not be obtained, these rules were relaxed to achieve it in the final comp selection. The sales information for the downloaded information was also analyzed to obtain market trends reported here.

## VII. Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**    The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

## VIII. Property Images

| | | | |
|---|---|---|---|
| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | |
| **Loan Number** 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Subject**   3254 Nw 103rd Ct          **View**   Front



**Subject**   3254 Nw 103rd Ct          **View**   Address Verification

**VIII. Property Images (continued)**

| | | | | |
|---|---|---|---|---|
| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | | |
| **Loan Number** | 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Subject**   3254 Nw 103rd Ct                    **View**   Side



**Subject**   3254 Nw 103rd Ct                    **View**   Side

© 2019 ClearCapital.com, Inc.

## VIII. Property Images (continued)

| | | | | |
|---|---|---|---|---|
| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | | |
| **Loan Number** | 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Subject**   3254 Nw 103rd Ct          **View**   Street



**Subject**   3254 Nw 103rd Ct          **View**   Street

## VIII. Property Images (continued)

| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | | |
|---|---|---|---|---|
| **Loan Number** | 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Subject**   3254 Nw 103rd Ct                    **View**   Street



**Listing Comp 1**   3054 Nw 103 Path # 0                    **View**   Front

## VIII. Property Images (continued)

| Address | 3254 Nw 103 Ct, Miami, FL 33178 | | | |
|---|---|---|---|---|
| Loan Number 1404682476 | | Suggested List $360,000 | Suggested Repaired $360,000 | Sale $350,000 |



**Listing Comp 2**   5542 Nw 112th Ct # 5542          **View**   Front



**Listing Comp 3**   5484 Nw 112th Pl # 0          **View**   Front

**VIII. Property Images (continued)**

| | | | | |
|---|---|---|---|---|
| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | | |
| **Loan Number** 1404682476 | | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Sold Comp 1**    11268 Nw 54th Ter # 11268              **View**   Front



**Sold Comp 2**    5450 Nw 113th Ct # 5450              **View**   Front

## VIII. Property Images (continued)

| | | | |
|---|---|---|---|
| **Address** | 3254 Nw 103 Ct, Miami, FL 33178 | | |
| **Loan Number** 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



**Sold Comp 3**    10280 Nw 30th Ter # 0              **View**   Front

**ClearMaps Addendum**

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 3254 Nw 103 Ct, Miami, FL 33178 | | | |
| **Loan Number** | 1404682476 | **Suggested List** $360,000 | **Suggested Repaired** $360,000 | **Sale** $350,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 3254 Nw 103rd Ct, Miami, FL | -- | Parcel Match |
| L1 Listing 1 | 3054 Nw 103 Path # 0, Miami, FL | 0.10 Miles [1] | Parcel Match |
| L2 Listing 2 | 5542 Nw 112th Ct # 5542, Miami, FL | 1.64 Miles [1] | Parcel Match |
| L3 Listing 3 | 5484 Nw 112th Pl # 0, Miami, FL | 1.65 Miles [1] | Parcel Match |
| S1 Sold 1 | 11268 Nw 54th Ter # 11268, Miami, FL | 1.64 Miles [1] | Parcel Match |
| S2 Sold 2 | 5450 Nw 113th Ct # 5450, Miami, FL | 1.71 Miles [1] | Parcel Match |
| S3 Sold 3 | 10280 Nw 30th Ter # 0, Miami, FL | 0.10 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

© 2019 ClearCapital.com, Inc.

## Addendum: Report Purpose

## Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)

The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.

*** Please Note: This is a RUSH assignment. Do not accept if you cannot meet the current due date and time. Please reference the set terms and contact Clear Capital at 530.582.5011 if you require any changes. Thanks! ***

Instructions last updated: 7/13/2017

Purpose:

Please determine a market price for this property at which it would sell in a typical marketing time for the area. Please use appropriate comps sale types (REO, Short Sale, Market) based on the subject's local market drivers and condition.

Customer Special Requirement:

Please ensure that your comps are in the same condition/location as the subject. If your comps are in superior condition to the subject, please apply appropriate adjustments or consider comps in the same condition/location as the subject.

Comparable Requirements:

1. Please use fair market comps from the same neighborhood, block or subdivision whenever possible.
2. Please only use REO comparables if the market is driven by REOs and they are comparable in characteristics and condition.
3. Please use comps that have closed in the past 3 months to show the current market conditions or comment in the report if this is not possible. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.

Standard Instructions:

1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.

2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as neighborhood desirability, amenities, parks, schools, commercial or industrial influences, REO activity, traffic, board-up-homes, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
7. Please do not accept if you or your office has completed a report on this property in the last month, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log in from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

1. One current, original photo of the front of the subject
2. One address verification photo
3. One street scene photo looking down the street
4. Labeled MLS listing and sold comp photos required; please comment if no MLS.

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Arol Lora | **Company/Brokerage** | AM Realty Corp |
| **License No** | BK3096514 | | |
| **License Expiration** | 09/30/2020 | **License State** | FL |
| **Phone** | 3057334936 | **Email** | acl.amrc@gmail.com |
| **Broker Distance to Subject** | 7.95 miles | **Date Signed** | 01/05/2019 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Valuation Report.*

**Disclaimer**

**This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**